# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**DEBRA MORITZ**

      **Plaintiff,**

**v.**                                                              **Case No. 8:18-cv-821-JDW-TGW**

**ADT, LLC,**

      **Defendant.**

_____/

## ORDER

    **BEFORE THE COURT** is Plaintiff's Notice of Dismissal (Dkt. 8). Defendant has not answered or moved for summary judgment. Accordingly, this action is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Each party to bear its own costs and attorney's fees. The Clerk is directed to **CLOSE** this case.

    **DONE AND ORDERED** this 29th day of June, 2018.


*/s/ James D. Whittemore*

**JAMES D. WHITTEMORE**
**United States District Judge**

Copies to:
Counsel of Record